APPENDIX A

| Employee Name |
| --- |
| David Ashbee |
| Toni Badamo |
| Hillary Bean |
| Cooper Berg |
| Brooklynn Bilyeu |
| Noah Burgess |
| Alina Cherniogio |
| Bryan Eckert |
| Emily Essick |
| Kimberly Frealy |
| Lauren Frealy |
| Shirley Freeman |
| Alyssa Gluck |
| Keely Harper |
| Alayna Helfrich |
| Joseph Herrington |
| Caleb Holzer |
| Cody Hough |
| Hannah Hudson |
| David Hunter |
| Cody Hyde |
| Jennifer Karsten |
| Lauren Kennon |
| Sara Kitchens |
| Parker Lane |
| Drew S. Lopez |
| Hailey Mackey |
| Madison McCoy |
| Hailey McGee |
| Natalie McNally |
| Shannon McNeill |
| Bailey Miller |
| Sierra Morse |
| Kyle Moser |
| Victoria Moskalenko |
| Amber Nash |
| Mackenzie Palmer |
| Bryson Parke |
| Kyle Patton |
| William Patton |
| James Phillips |
| Kyra Price |
| Dalton Puchua |

APPENDIX A

| |
|---|
| Soria Rawland |
| Erika Ray |
| Elisabeth Revenkov |
| Claire Rodgers |
| Alayna Rostic |
| Lily Schaffer |
| Brittney Shearing |
| Kyle Stage |
| Corey Steelman |
| Trey Taylor |
| Sydney Voysey |
| Tyler Ward |
| Hannah Wilder |
| Ashley Willingham |