JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Eugene Scalia, Secretary of Labor, United States Department of Labor ;
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
Maru Sushi and Grill, LLC. ;
**County of Residence:** Greene County

Additional Defendants(s):
Chongbae "Michael" Moon ;
Youngnam Moon ;

**County Where Claim For Relief Arose:** Christian County

**Plaintiff's Attorney(s):**

Elaine M Smith ( )
U.S. Department of Labor, Office of the Solicitor
2300 Main Street, Suite 1020
Kansas City, Missouri 64108
**Phone:** (816) 285-7260
**Fax:** (816) 285-7287
**Email:** smith.elaine.m@dol.gov

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Enjoin Defendants from violating the provisions of sections 15(a)(2) and 15(a)(5), of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 et seq.)

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 51

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Elaine M. Smith

**Date:** **11/19/2020**

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.